DAVID ZELIFF, PLAINTIFF-RESPONDENT, CROSS-PETI-
TIONER, v. ALFONSO SABATINO, *ET ALS.*, DEFEND-
ANTS-PETITIONERS, CROSS-RESPONDENTS.

*Messrs. Lipstein & Lipstein* and *Messrs. Mayer & Mayer* for the petitioners, cross-respondents.

*Mr. Mervin G. Wiener, Messrs. Eisenberg & Spicer* and *Mr. Ralph Neibart* for the respondent, cross-petitioner.

November 16, 1953.   Granted.

THE SPERRY AND HUTCHINSON COMPANY, PLAINTIFF-
PETITIONER, v. WALTER T. MARGETTS, JR., *ET ALS.*,
DEFENDANTS-RESPONDENTS.

*Messrs. Emory, Langan & Lamb* for the petitioner.

November 16, 1953.   Granted.